IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTANA JORDAN WINDSOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:11-cv-135-TMH |
| ) | |
| ) | |
| ANDY HUGHES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED. This matter is DISMISSED with prejudice, prior to service of process, pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate judgment shall issue.

Done this 25th day of March, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE